# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Petitioner,<br>　　　　　v.<br><br>DAVID M. HALL,<br><br>　　　　Respondent. | Case No.: 3:21-mc-00010 (TMB) |

## RESPONSE TO COURT ORDER

1.　　On November 11, 2021, this Court entered an Order directing the Commission to file a motion for entry of default judgment or an agreed final judgment by December 3, 2021.

2.　　The Commission and Mr. Hall have spoken and Mr. Hall has agreed to consent to entry of a judgment.

3.　　The Commission prepared a consent agreement for Mr. Hall's signature but does not yet have a signed version of the document.

4.　　Attached to this Response is the Proposed Agreed Final Judgment.

5. The Commission will supplement this filing with Mr. Hall's signed consent agreement as soon as that document is received.

Respectfully submitted,

    /s/ Christopher R. Thomson
Christopher R. Thomson
U.S. Securities and Exchange Commission
100 F Street, NE, Mail Stop 5631
Washington, DC 20549
Tel: 202-551-6173
Email: ThomsonC@sec.gov
Attorney for Plaintiff
U.S. Securities and Exchange Commission

Date: December 3, 2021